IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Company,<br><br>       Plaintiff,<br><br>  vs.<br><br>IONATANA ALUALU,<br><br>       Defendant.<br>_____ | CV 16-00039 LEK-KJM |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 22, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Granting Plaintiff State Farm Fire And Casualty Company's Motion For Default Judgment Or, In The Alternative, For Summary Judgment Against Defendant Ionatana Alualu", (ECF NO. [22]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, January 12, 2017.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**STATE FARM FIRE INSURANCE AND CASUALTY COMPANY VS. IONATANA ALUALU; CIVIL 16-00039 LEK-KJM; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**